### LE BLANC vs. JOHNS.

APPEAL from the court of the fourth district.

PORTER, J., delivered the opinion of the court. This case is presented to us on errors of law, apparent on the face of the record.

If a party prays for a jury, but suffer the trial to proceed without one, be-

East'n. District.
*June*, 1826.

LE BLANC
*vs.*
JOHNS.

ing present, the
jury is waived.

That relied on in the argument, relates to the cause being tried by the court, when the pleadings show a jury was prayed for.

This would be error, unless the party complaining was present by himself or attorney, and consented to try the case by the court; if he was, he cannot be permitted to take his chance of success in that way, and then turn round on his adversary and say that the trial was irregular.

It appears from the proceedings that the defendant or his attorney assisted at the investigation of the case in the court below. Evidence was adduced on both sides, and two several admissions are stated to have been made of the plaintiff's title. These latter could not have taken place unless by the defendant or his attorney.

The errors in relation to the merits cannot be gone into, for the record does not come up in such a way as to enable us to examine them. The presumption arising from the clerk's taking down the testimony, can only extend to the parol evidence. Nothing informs us that all the written documents read on the trial appear on the record.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

East'n. District.
*June*, 1826.

LE BLANC
*vs*
JOHNS.

*Watts & Lobdell* for the plaintiff, *Hennen* for the defendant.